


**UNSEALED PER ORDER OF COURT**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD RAY WALTERS III,<br><br>Defendant. | Case No.: **18MJ1554**<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

On or about March 20, 2018, within the Southern District of California, defendant, ARNOLD RAY WALTERS, III, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess a firearm that traveled in and affected interstate commerce, to wit: a loaded Kimber 9mm handgun, bearing serial number KUF7414, with a magazine loaded with seven (7) 9mm ammunition rounds; a loaded Glock 17 handgun, bearing serial number BDAU120; a Colt M1991A1 handgun, bearing serial number CV19367, with a magazine loaded with four (4) .45 caliber rounds; a Colt Commander handgun, bearing serial number CJ39640, with a magazine (no ammunition loaded); a Colt 1911 handgun, bearing serial number 158432, with a magazine loaded with six (6) .45 caliber ammunition rounds; a Walther .380 handgun, bearing serial number 0539BAC, with a magazine loaded with (6) .380 caliber ammunition rounds; and an AR-15 M4 Carbine, bearing serial number SP509876, with a magazine (no ammunition loaded) all in violation of Title 18, United States Code, Section 922(g)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Brandon Cagle
Special Agent, FBI

Sworn to me and subscribed in my presence this 4 day of April, 2018.

_____
HON. WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On March 19, 2018, San Diego County Sheriff's Deputy Muzic applied for and obtained a search warrant for individuals named Arnold WALTERS and Alexandria Kurtz, along with their residence located at 411 14th Street #K1 in Ramona, California. The search warrant (E2018-233) was signed by Superior Court Judge Exarhos. The affidavit in support of the search warrant included a positive identification by a law enforcement officer of WALTERS in comparison to a suspect viewed in surveillance footage from a burglary that had taken place at the Big 5 Sporting Goods store located in Ramona, California.

On March 20, 2018, Detectives and patrol deputies from the Ramona Substation served search warrant E2018-233 at 411 14th Street #K1. The Deputies knocked and announced their presence by stating "Sheriff's Department with a search warrant, demanding entry", three times. Eventually, a male later identified as WALTERS answered the door and opened it. WALTERS was immediately detained. Located inside the residence was Kurtz and WALTERS' father, Arnold Ray Walters, Jr. Both individuals were detained and advised of the search warrant.

The residence had two bedrooms. In one of the bedrooms, Deputies located a traffic citation receipt issued to WALTERS. Under the pillow on the bed in that room, Deputies

2

located a loaded Kimber 9mm handgun, bearing serial number KUF7414, with a magazine loaded with seven (7) 9mm ammunition rounds and a loaded Glock 17 handgun, bearing serial number BDAU120. The room also contained a safe.

Post-Miranda, WALTERS admitted that the bedroom where the firearms were located was his bedroom. He also admitted knowing possession of the firearms under the pillow and that he knew he was not supposed to have firearms. WALTERS went on to explain that "Everything inside the safe is mine." He then provided the combination to the safe that was in his bedroom.

Deputies used the combination provided by WALTERS. The safe unlocked. Inside the safe, Deputies found: a Colt M1991A1 handgun, bearing serial number CV19367, with a magazine loaded with four (4) .45 caliber rounds; a Colt Commander handgun, bearing serial number CJ39640, with a magazine (no ammunition loaded); a Colt 1911 handgun, bearing serial number 158432, with a magazine loaded with six (6) .45 caliber ammunition rounds; a Walther .380 handgun, bearing serial number 0539BAC, with a magazine loaded with (6) .380 caliber ammunition rounds; an AR-15 M4 Carbine, bearing serial number SP509876, with a magazine (no ammunition loaded); two (2) plastic zip-lock-type bags containing white colored rectangular shaped pills with the letters XANAX imprinted on them.

A count of the pills was later conducted. The total count came to a total of approximately 1038 pills. Also inside the safe, Deputies located a manila envelope. Inside the envelope was an additional white envelope containing ten (10) $100 bills of United States currency, total of $1,000; also located was a Hewlett Packard (HP) laptop computer.

Throughout the search, there were multiple tin-foil squares with a burnt trail-like residue on it. Deputies recognized this as drug paraphernalia commonly seen with heroin users and/or persons who smoke pills. Most of the paraphernalia was located in WALTERS' bedroom and in the bathroom.

//

//

Additional checks on WALTERS revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 9/26/2011 | CASC – San Diego | HS 11357 – Possession of Concentrated Cannibis (F) | 3 years probation |
| 2/22/2012 | CASC – San Diego | HS 11359 – Possession Marijuana for Sale (F) | 16 months prison |

The firearms were seized and inspected. Preliminary checks revealed that none of the firearms found were manufactured in California.

### **Request for Sealing**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.